UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| YOO I. LEE,<br><br>        Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE CO., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) No. 1:08-cv-1683-WTL-DML<br>)<br>)<br>)<br>) |

**E N T R Y**

**I.**

A copy of the plaintiff's motion for relief from judgment shall be included with the distribution of this Entry.

**II.**

The plaintiff's motion for relief from judgment (dkt 50) is **denied** for two reasons. First, the motion is incomprehensible. Second, given that the action was dismissed for lack of jurisdiction in the Judgment entered on the clerk's docket on April 7, 2009, and that the motion for relief from judgment was filed on June 28, 2010, the motion is filed outside the one-year jurisdiction deadline of Rule 60(b). *See Arrieta v. Battaglia*, 461 F.3d 861, 864 (7th Cir. 2006)(this time limit is jurisdictional and cannot be extended); *The Tool Box, Inc. v. Ogden City Corp.,* 419 F.3d 1084, 1088 (10th Cir. 2005)("[A]n appeal does not toll or extend the one-year time limit of Rule 60(b))."

**IT IS SO ORDERED.**

Date: 06/30/2010

                                                Hon. William T. Lawrence, Judge
                                                United States District Court
                                                Southern District of Indiana

Distribution:

Yoo I. Lee
701 Loyola Ave.
New Orleans, LA 70140

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**